# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **KEANDRE MATTHEWS,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 1:25-cv-0288-AMM-NAD |
| | ) |
| **D. YEAGER, Warden of FCI Talladega,** | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

Keandre Matthews filed an amended *pro se* petition for habeas corpus relief pursuant to 28 U.S.C. § 2241, seeking immediate placement in prerelease custody. Doc. 4 at 9, 12. Because Mr. Matthews then was placed in prerelease custody, *see* Docs. 14, 14-1, on December 11, 2025, the magistrate judge entered a report recommending that Mr. Matthews's petition be dismissed as moot. Doc. 15. The magistrate judge advised the parties of their right to file objections to the report and recommendation within fourteen days, *id*. at 5–6, but that time expired without the court receiving any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Accordingly, the petition should be **DISMISSED** as **MOOT**.

A final judgment will be entered.

**DONE** and **ORDERED** this 8th day of January, 2026.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE